**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

ANITRA CAMMON,

                    Plaintiff,

                                                            Case No. 2:14-cv-14772

v.

                                                            HON: BERNARD A. FRIEDMAN

FMS, INC.

                    Defendant.

_____/

## ORDER OF DISMISSAL

At a session of said Court held on:
December 22, 2014

PRESENT:  HON. _BERNARD A. FRIEDMAN__
U.S. District Court Judge

Upon reading and filing of the above Stipulation,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs as

to any party.

This Order dismisses the last pending claim and closes this case.


                                        S/ Bernard A. Friedman_____
                                        U.S. DISTRICT COURT JUDGE